**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6232**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JEFFREY DENNARD MCNEAIR,

        Defendant – Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. James A. Beaty, Jr., Chief District Judge. (4:96-cr-00070-JAB-1)

Submitted: April 28, 2011        Decided: May 4, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Dennard McNeair, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina; Paul Alexander Weinman, OFFICE OF THE UNITED STATES ATTORNEY, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Dennard McNeair appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. McNeair</u>, No. 4:96-cr-00070-JAB-1 (M.D.N.C. Jan. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>